IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JACKSON : | CIVIL ACTION |
| : | No.: 2:21-cv-00125 |
| v. : | |
| : | |
| INFRASOURCE a/k/a INFRASOURCE : | |
| SERVICES, INFRASOURCE : | |
| CONSTRUCTION, LLC and : | |
| QUANTA SERVICES, INC. : | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, the Plaintiff, Richard Jackson, by and though his counsel, Saffren & Weinberg, by Marc A. Weinberg, Esquire, and Defendants, Infrasource a/k/a Infrasource Services, Infrasource Construction, LLC and Quanta Services, Inc., by and through their counsel Dinsmore & Shohl, L.L.P., by Andrew N. Howe, Esquire, hereby stipulate that this matter is voluntarily dismissed with prejudice, against Defendants , Infrasource a/k/a Infrasource Services, Infrasource Construction, LLC and Quanta Services, Inc.

| | |
|---|---|
| SAFFREN & WEINBERG | DINSMORE & SHOHLL, LLP |
| */s/ Marc A. Weinberg* | */s/ Andrew N. Howe* |
| Marc A. Weinberg, Esq. | Andrew N. Howe, Esq. |
| 815 Greenwood Ave., Ste. 22 | 1200 Liberty Ridge Dr., Ste. 310 |
| Jenkintown, PA 19046 | Wayne, PA 19087 |
| P: 215-576-0100 | P: 610-408-6020 |
| mweinberg@saffwein.com | Andrew.howe@dinsmore.com |
| Dated: 02/17/21 | Dated: 02/17/21 |